JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD QUANG LE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WORLD OF JEANS & TOPS, a California corporation, dba "TILLY'S"<br><br>Defendants. | Case No.: 2:18-cv-07097-AB-JEM<br><br>**[~~PROPOSED~~] ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. Andre Birotte Jr. presiding] |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees. This Court shall retain jurisdiction to enforce the settlement terms between the parties.

IT IS SO ORDERED

Dated December 10, 2018

_____
Judge, United States District Court,
Central District of California